CV 15-0461

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

~~SAMPLE~~ Sorry
~~DO NOT SUBMIT THIS FORM TO THE COURT~~

GLEESON, J.

SCANLON, M.J.

FILED CLERK
2015 JAN 26 PM 2:26
U.S. DISTRICT COURT EASTERN DISTRICT OF NEW YORK

---X

[Your Name], Marie L Banks

Plaintiff,

- against - Verizon and Hackers
Fire Department EMS

[Insert Names],

Defendants.

---X

COMPLAINT

Jury Trial Demanded

ORIGINAL

I. Parties:

Plaintiff Marie L Banks, resides at 194 Malcolm x Blvd Apt B3 Brooklyn N.Y 11221

Defendant Verizon x Hackers, resides at P O Box 4003 Acworth GA 30101

Defendant F.D.N.Y / EMS, resides at 81st Precint station House 30 Ralph Avenue Brooklyn N.Y 11221

II. The jurisdiction of the Court is invoked pursuant to orchestration of Kidnapping For Mass Grave via Rikers Island

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim] Because I called 311 to transfer me to FDNY ambulance Billing after they asked me to sign my Benefits to them - Verizon and them send me excessive Bill Broken my contract without notification - and transfered my calls to 911

Computer Fraud Information

IV. Remedy. State what relief, such as money damages, you seek from each defendant. $3.000.000 3 millions of dollars for kidnapping Brainwashing tortures, mass grave by Internet Soldiers Hackers

Jan 2015
Date

Marie L Banks
Sign Your Name

718-574-0618
Telephone Number

me DVD



tion that may be required by the Judicial Conference have been deleted.

2007 Amendment

The language of Rule 7.1 has been amended as part of the general restyling of the Civil Rules to make them more easily understood and to make style and terminology consistent throughout the rules. These changes are intended to be stylistic only.

## Rule 8. General Rules of Pleading

(a) Claim for Relief. A pleading that states a claim for relief must contain:

(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;

(2) a short and plain statement of the claim showing that the pleader is entitled to relief; and

(3) a demand for the relief sought, which may include relief in the alternative or different types of relief.

(b) Defenses; Admissions and Denials.

(1) *In General.* In responding to a pleading, a party must:

(A) state in short and plain terms its defenses to each claim asserted against it; and

(B) admit or deny the allegations asserted against it by an opposing party.

(2) *Denials—Responding to the Substance.* A denial must fairly respond to the substance of the allegation.

(3) *General and Specific Denials.* A party that intends in good faith to deny all the allegations of a pleading—including the jurisdictional grounds—may do so by a general denial. A party that does not intend to deny all the allegations must either specifically deny designated allegations or generally deny all except those specifically admitted.

(4) *Denying Part of an Allegation.* A party that intends in good faith to deny only part of an allegation must admit the part that is true and deny the rest.

(5) *Lacking Knowledge or Information.* A party that lacks knowledge or information sufficient to form a belief about the truth of an allegation must so state, and the statement has the effect of a denial.

(6) *Effect of Failing to Deny.* An allegation—other than one relating to the amount of damages—is admitted if a responsive pleading is required and the allegation is not denied. If a responsive pleading is not required, an allega-

(1) *In General.* In responding to a pleading, a party must affirmatively state any avoidance or affirmative defense, including:

- accord and satisfaction;
- arbitration and award;
- assumption of risk;
- contributory negligence;
- duress;
- estoppel;
- failure of consideration;
- fraud;
- illegality;
- injury by fellow servant;
- laches;
- license;
- payment;
- release;
- res judicata;
- statute of frauds;
- statute of limitations; and
- waiver.

(2) *Mistaken Designation.* If a party mistakenly designates a defense as a counterclaim, or a counterclaim as a defense, the court must, if justice requires, treat the pleading as though it were correctly designated, and may impose terms for doing so.

(d) Pleading to Be Concise and Direct; Alternative Statements; Inconsistency.

(1) *In General.* Each allegation must be simple, concise, and direct. No technical form is required.

(2) *Alternative Statements of a Claim or Defense.* A party may set out 2 or more statements of a claim or defense alternatively or hypothetically, either in a single count or defense or in separate ones. If a party makes alternative statements, the pleading is sufficient if any one of them is sufficient.

(3) *Inconsistent Claims or Defenses.* A party may state as many separate claims or defenses as it has, regardless of consistency.

(e) Construing Pleadings. Pleadings must be construed so as to do justice.

(Amended February 28, 1966, effective July 1, 1966; March 2, 1987, effective August 1, 1987; April 30, 2007, effective December 1, 2007; April 28, 2010, effective December 1, 2010.)

ADVISORY COMMITTEE NOTES

1937 Adoption

Note to Subdivision (a). See [former] Equity Rules 25 (Bill of Complaint—Contents) and 30 (Answer—Contents—

§§ 11305, 11314; Utah
104-9-1.
See Rule 19(c) for the r
for relief of the names of
the reason for their omiss
See Rule 23(b) for par
plaint in a secondary actio
Note to Subdivision
methods of pleading pre
(Persons making seizures
special matter); U.S.C.
under general issue, upo
tion for an extended pate
ing and proof in actions f
2. This rule is, in part
Contents—Counterclaim)
from the Connecticut p
(1934) §§ 107, 108, and 1
5514. Compare the En
*the Judicature Act* (Th
17-20.
Note to Subdivision
*glish Rules Under the J*
1937) O. 19, r. 15 and N.
omitted in this rule.
Note to Subdivision
former Equity Rule 30
For the second sentence
When Required—When
*English Rules Under th*
tice, 1937) O. 19, r.r. 13,
Note to Subdivision
[former] Equity Rule 3
plus a statement of th
Compare also [former]
Forms Abrogated). S
171-4, 432-5; Hankin,
(1924), 33 Yale L.J. 365.
Note to Subdivision
frequent occurrence in
110, § 157(3); 2 Minn.S
(1937) § 275; 2 N.D.Co

The change here is
unification.

The amendments ar
intended.

The language of R
general restyling of th
understood and to m
throughout the rules
stylistic only.

The former Rule 8
are deleted as redun

The group also put a code to retain my account in the Bank New york Community Bank - All of that because I went to a church party last september and sat down face to face with my kidnappers from Haiti that pay Robert Klein to abduct me to repossess my house ... 4 days in Nassau County Psychiatric ward without a court order see Case # 97CV4805.

The Telephone plan I have with Verizon is unlimited calls $19.99 see attached Basic Plan information without notification verizon changed the price of the basic service to $109.08 just the I changed the phone for a fee of $3.25 like number because the Haitians kidnappers to search the ISIS want to send Narcotic Police to menacy removed and executed me ... I received calls that ask me to quit and I do not know what I was doing. They have merger my phone conversation to look for Drug Dealers Associates or any other crimes, although the neighbors asked why do we have to sign Petition, she never buy or sell anything to US.

when I called EMS to protest my signature requiring for my benefits a squad of more than a douzaine Police officers came on my door for execution ?..

My Con EDison - Gas Bills - Verizon become inflate so they can proceed in the dark

The Haitians community Hacked Home Depot and operated freely - the Haitians community Hacked New York Telephone called Verizon now and when they are undetected, they enjoy themself by putting the scam in Folk Tale music.

Please your honor request verizon to correct my Bills complaint # 511178

The Manager denies having Hacker it is a lie.

I have my friend victim and get modified assignment for complaining

Marie L Banks
194 Malcolm X Blvard
Apt B3 Brooklyn N.Y
11221

- Complaint -

Because, the Super of my Building contacted by the Haitian with an army church base and neighborhood I called 311 and my Social worker Mrs Janny Huis_ man refered to me by Honorable Judge Levy when I feel and observed my belonging missing from my apartment. I do not have a lawyer because lawyer do not take easily Psychiatric Patient except if they are admitted.

Police refused report to me, look around, nobody with me I ended up in Psychiatric ward. The more I am asking for report, the more I received sedation regardless if I am allergic to the Medication or not.

The FDNY - EMS when called in my Home send a bill, that Medicare usually pay them.

The last bill I received from my last admis_sion did not mention Medicaid or Medicare only for me to sign my Benefits to them. and name of Insured (Life or Health) No speci_fication... I reacted because I heard a Type of Narcotic officer made a deal of $7.000 dollars on me to lock me up for 6 months... She used to live on Long Island... She is a Criminal

since all my Identification stolen by the army neighborhood base hired by the Haitian who Kidnapped me in 1997.

In the Bus young enrollés recruits do not stop saying "She used to live on Long Island, She is a Drug Dealer, an Identification thief"

The Chief Executionner identify his property with Sneakers on Bus 46 Pole - Graffities on the wall - Small American Flag on the light pole, black plastic bag on Fire Escape and so on. see letter from DOT. In my Complaint I told them Bus Pole B46 between Putnam and Madison on Malcolm X Blvard (direction Dekalb Ave) They went to the next building and mention mid February (my date of birth is mid february 15, 1956 like a menace to me)

Verizon: Since 1985 I learned about the Haitian Telephone employees that can delete a bill for fees... recently I heard they called them Hacker in Home Depot and so on The code word is "Voye Monter" = send up in the Air, usually they operate by stealing each other identification not to be detecter

Enclosed is a DVD on the Internet Soldiers song I refering to the soldiers - Song 6 referred to Zone (Housing) Move yourself out Police is coming for you a message for the Hacker' victim

 Department of Transportation

POLLY TROTTENBERG, Commissioner

January 6, 2015

Ms. Marie L. Banks-Gervias
194 Malcolm X Boulevard, B3
Brooklyn, NY 11221

Dear Ms. Banks:

Thank you for your letter requesting the removal of a pair of sneakers on the bus stop pole at the corner of Malcolm X Boulevard and Putnam Avenue in Brooklyn.

The Department of Transportation's Bus Stop Management will determine the appropriate measures to address the concerns you have bought to my attention. Brooklyn Borough Commissioner Keith Bray will notify you of any action taken by mid-February.

Thank you for bringing this matter to our attention.

Roseann Caruana
Customer Service Division
Department of Transportation
DOT-249502-Y5V0

the sneakers are removed at the Bus Pole
The Bedford Stuyvesant Army Kill without mercy

Danger! Confidentiality Requested!
Today Jan 11 – I see the sneaker removed
Thank you, for this letter, I want to be in confidential, I can be kill by any means by the army in place including the super of the building where I live. A woman dead body was removed in the No #. Registration Building where the sneakers ~~are~~ were hanging

NYC Department of Transportation
Office of the Commissioner
55 Water Street, New York, NY 10041
T: 212.839.6400 F: 212-839-6453
www.nyc.gov/dot

Marie Lourdes Bentis RN

# L'INFORMATIQUE

David Fayon

*Ingénieur en informatique et télécom*

To: Honorable Judges for case Reference

attached From this David Fayon Book see: P96 - 97

see p80 II P94 II related to employee Hackers P65 Haitian DVD

verizonwireless

PO BOX 4003
ACWORTH, GA 30101

| Manage Your Account & View Your Usage Details | Account Number | Date Due |
|---|---|---|
| My Verizon at www.verizonwireless.com | 587165627-00001 | 12/04/12 |

Address Changed? – go to vzw.com/changeaddress

| Invoice Number | 2826561876 |
|---|---|

10056356 01 AT 0.371 **AUTO T3 0 2109 11221-211523 1 E NYMT0907

MARIE BANKS
194 MALCOLM X
APT B3
BROOKLYN, NY 11221-2115

## Quick Bill Summary

Oct 10 – Nov 09

| | |
|---|---|
| Previous Balance *(see back for details)* | $26.14 |
| Payment – Thank You | –$27.00 |
| Adjustments | –$7.14 |
| **Credit Balance** | **–$8.00** |
| Monthly Access Charges | $19.99 |
| Usage Charges | |
| Voice | $5.97 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $3.86 |
| Taxes, Governmental Surcharges & Fees | $4.12 |
| **Total Current Charges** | **$33.94** |

**Total Charges Due by December 04, 2012** **$25.94**

**Great Holiday Gift Ideas**
See the Network News
at the end of your bill.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|
| #PMT (#768) | My Verizon at www.verizonwireless.com | 1.800.922.0204 or *611 from your wireless |

VN

verizonwireless

| | |
|---|---|
| Bill Date | November 09, 2012 |
| Account Number | 587165627–00001 |
| Invoice Number | 2826561876 |

MARIE BANKS
194 MALCOLM X
APT B3
BROOKLYN, NY 11221–2154

## Total Amount Due by December 04, 2012

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

**$25.94**

$ ☐☐.☐☐

P.O. BOX 408
NEWARK, NJ 07101–0408

☐ Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.

282656187601058716562700001000003394000002594 5

NOTICE: Bank account and routing numbers will be retained to enable future payments by phone or online. To opt out, call 1–866–544–0401.

verizon wireless

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 2826561876 | 587165627-00001 | 12/04/12 | 2 of 4 |

| Get Minutes Used | Get Data Used | Get Balance |
|---|---|---|
| #MIN + SEND | #DATA + SEND | #BAL + SEND |

## Explanation of Charges

### Verizon Wireless' Surcharges

Verizon Wireless' Surcharges include (i) a Regulatory Charge (which helps defray various government charges we pay including government number administration and license fees); (ii) a Federal Universal Service Charge (and, if applicable, a State Universal Service Charge) to recover charges imposed on us by the government to support universal service; and (iii) an Administrative Charge, which helps defray certain expenses we incur, including charges we or our agents pay local telephone companies for delivering calls from our customers to their customers, fees and assessments on our network facilities and services, and costs and charges associated with new cell site construction, local number portability, and other government mandates. Please note that these are Verizon Wireless charges, not taxes. These charges, and what's included, are subject to change from time to time.

### Taxes, Governmental Surcharges and Fees

Includes sales, excise and other taxes and governmental surcharges and fees that we are required by law to bill customers. These taxes, surcharges and fees may change from time to time without notice.

### Late Fee Information

A late payment applies for unpaid balances. The charge is the greater of $5 or 1.5% per month, or as permitted by law.

### Verizon Wireless' Other Charges and Credits

Includes charges for products and services, and credits owing.

## Payments and Adjustments

| | | |
|---|---|---|
| **Previous Balance** | | **$26.14** |
| **Payment – Thank You** | | |
| Payment Received 11/02/12 | | –27.00 |
| **Total Payments** | | **–$27.00** |
| **Adjustments** | | |
| 411 Search – Toll Credit | for 718-541-7117 on 11/03/12 | –5.97 |
| Other Fees and Surcharges | | –.60 |
| State Tax Adjustment | | –.26 |
| Local Tax Adjustment | | –.31 |
| **Total Adjustments** | | **–$7.14** |
| **Credit Balance** | | **–$8.00** |

Correspondence Address: Verizon Wireless 20 Alexander Drive PO Box 5029 Wallingford, CT 06492-2458

**Automatic Payment Enrollment for Account: 587165627-00001 MARIE BANKS**

By signing below, you authorize Verizon Wireless to electronically debit your bank account each month for the total balance due on your account. The check you send will be used to setup Automatic Payment. You will be notified each month of the date and amount of the debit 10 days in advance of the payment. I understand and accept these terms. This agreement does not alter the terms of your existing Customer Agreement. I agree that Verizon Wireless is not liable for erroneous bill statements or incorrect debits to my account. To withdraw your authorization you must call Verizon Wireless. Check with your bank for any charges.

**1. Check this box.** **2. Sign name in box below, as shown on the bill and date.** **3. Return this slip with your check for this month's payment.**

**Changing your billing address for Account: 587165627-00001 MARIE BANKS**

Use this space or sign in to My Verizon at vzw.com/changeaddress to change the mailing address where we send your bill. If we do not have your most recent email address, provide it below and we'll use it to tell you important information about your Verizon Wireless service. Allow 2 billing cycles for the address change to take effect.

New Address ______________________

City ______________________

State/Zip

Work Phone ______________ Home Phone ______________

Email ______________________

**Confirming or changing your service address**

For each of your mobile numbers, in order to bill taxes and surcharges correctly we need a service address - which is a street address (not a PO Box) that is the home or primary business address of the person who uses that number. To confirm or change the service address for any of your mobile numbers, sign in to My Verizon at vzw.com/serviceaddress.

Order #: 2109 Copy #: 07

Control #:10056356-00220072

verizonwireless

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 2826561876 | 587165627-00001 | 12/04/12 | 3 of 4 |

## Summary for Marie Banks: 718-541-7117

### Your Plan

**Home Phone Connect Unlimited**
$19.99 monthly access charge
Unlimited monthly minutes

**PAYU MB With EVDO**
$1.99 per megabyte

**M2M National Unlimited**
Unlimited monthly Mobile to Mobile

**UNL Night & Weekend Min**
Unlimited monthly OFFPEAK

Have more questions about your charges? Get details for all your Usage Charges at www.verizonwireless.com. Sign into My Verizon and go to My Bill and click on Usage Details.

### Charges

**Monthly Access Charges**

| | |
|---|---|
| Home Phone Connect Unlimited 11/10 – 12/09 | 19.99 |
| | **$19.99** |

### Usage Charges

| Voice | | Allowance | Used | Billable | Cost |
|---|---|---|---|---|---|
| Calling Plan | *minutes* | unlimited | 1126 | -- | -- |
| Mobile to Mobile | *minutes* | unlimited | 46 | -- | -- |
| Night/Weekend | *minutes* | unlimited | 345 | -- | -- |
| 411 Search | *calls* | -- | 3 | 3 | 5.97 |
| Total Voice | | | | | $5.97 |

| | |
|---|---|
| **Total Usage Charges** | **$5.97** |

**Verizon Wireless' Surcharges**

| | |
|---|---|
| Fed Universal Service Charge | 1.12 |
| Regulatory Charge | .16 |
| Administrative Charge | .99 |
| Gross Receipts Surchg | 1.59 |
| | **$3.86** |

**Taxes, Governmental Surcharges and Fees**

| | |
|---|---|
| NY Public Safety Comm Surchg | 1.20 |
| NYC 911 Surchg | .30 |
| NY State Sales Tax | 1.18 |
| New York City Sales Tax | 1.33 |
| NY Local McTd Sales Tax | .11 |
| | **$4.12** |

**Total Current Charges for 718-541-7117** **$33.94**

Order #: 2109 Copy #: 07 Control #: 10056356-0022071



verizon wireless

| Invoice Number | Account Number | Date Due | Page |
|---|---|---|---|
| 2826561876 | 587165627-00001 | 12/04/12 | 4 of 4 |

# Need-to-Know Information

### Limiting Notations On Payments
Written notations included with or on your payment cannot be reviewed when bills are processed and will not be honored. Please send such notated payment and any accompanying correspondence to the Correspondence Address on Page 2 of your bill.

### Electronic Fund Transfer (EFT)
Your check authorizes us either to make a one-time electronic funds transfer (EFT) from your account or process as a check. An EFT may be withdrawn from your account the same day you make your payment and your check is not returned to you. If you want to be excluded from EFT, please call 1-866-544-0401. If payment is returned unpaid, you authorized us to collect an additional $25 fee through EFT from your account.

### Experiencing A Problem With Your Verizon Wireless Device?
Just contact us toll-free at 1-866-406-5154 from a landline phone. If we can't resolve the problem and the problem is caused by a manufacturing defect within the first year you own the device, we'll send you a Certified Like-New Replacement (either a like unit or one of comparable quality) right to your door.

### Returned Payments
In the event your check for payment of your wireless bill is returned by your bank for insufficient or uncollected funds, Verizon Wireless may resubmit your check electronically to your bank for payment from your checking account.

### Do Not Let Your Kids Play With Old Cell Phones
Because old cell phones are still able to call 9-1-1 even if they are not active with a wireless carrier, they should not be used as a toy. If you have an old cell phone, please consider donating it to Verizon's Hopeline program, where old phones are safely recycled and the proceeds used to help prevent domestic violence.

### Voice & Text Usage During Hurricane Sandy
Verizon Wireless is committed to assisting customers through the effects of Hurricane Sandy in the New York Metropolitan Area and in New Jersey. Any additional wireless service charges relating to domestic calls and text messages placed or received between 10/29 and 11/16 will not be billed to you, and will not appear on your bill. This billing adjustment supports customers in the following impacted areas:

New York: Bronx County, Kings County, Nassau County, New York County, Putnam County, Queens County, Richmond County, Rockland County, Suffolk County, and Westchester County.

New Jersey: Atlantic County, Bergen County, Burlington County, Camden County, Cape May County, Cumberland County, Essex County, Gloucester County, Hudson County, Hunterdon County, Mercer County, Middlesex County, Monmouth County, Morris County, Ocean County, Passaic County, Salem County, Somerset County, Sussex County, Union County, and Warren County.

For more information visit http://support.verizonwireless.com/information/sandy-faq.html.

### Verizon's Personal Emergency Response Service
Gain peace of mind for you and your family member with a touch of a button. Using this small, GPS enabled device, SureResponse will connect them to a SureResponse Care Agent who can provide emergency assistance or convenience calling. For only $30 a month, SureResponse Care Agents will provide personalized assistance, 24 hours a day, all on the largest high-speed wireless network in America. Visit sureresponse.verizonwireless.com for details.

Order #: 2109 Copy #: 07 Control #:10056356-00220071

verizon

Account Number
718 574 0618 382 22 3

Amount Due
$411.81

Visit verizon.com/myverizon
Shop * Bill Pay * Autopay
Account Changes * Repair
On Demand/Pay Per View Details
Go green today – Go Paper Free

## Verizon News

### Get More, Save More

Call 1-888-456-5088 to ensure you're getting the best Verizon services at a great value–from phone, Internet and TV to money-saving bundles, international plans and fun add-ons. Together we'll find ways to save you even more.

### Moving?

Call Verizon before you move to set up your Internet, TV and phone for your new home. Plus, ask about our great new money-saving bundles. Don't wait. Call 1-866-896-6837 before you move, and be sure to ask if FiOS is available in your area! Service availability varies.

## Account Information

Statement Date: 1/10/15
MARIE BANKS
Phone: 718-574-0618

## Account Summary

| | |
|---|---|
| Previous Balance | $.00 |
| No Payment Received | $.00 |
| Adjustments and Credits | $64.40 |
| **Overdue Balance – Please Pay Now** | **$84.40** |
| **New Charges** | |
| Current Activity | $279.24 |
| Taxes, Governmental Surcharges and Fees | $35.32 |
| Verizon Surcharges and Other Charges & Credits | $32.85 |
| **Total New Charges Due by February 4, 2015** | **$347.41** |
| **Total Amount Due** | **$411.81** |

### Want Automatic Payment?

Enroll below or at Verizon.com to authorize your financial institution to deduct the amount of your monthly bill from the account associated with your enclosed check and send payment directly to Verizon. To discontinue Automatic Payment, call Verizon. Please keep a copy of this authorization.

### Questions about your bill or service?

View your bills in detail at verizon.com or call 1-800-VERIZON (1-800-837-4966). Enter your ten digit number 718-574-0618. Use 382 if asked for your customer identification code. Customers with disabilities call 1-800-974-6006 TTY.

Please return remit slip with payment.

*To enroll in Automatic Payment (Sign and date below)*

By signing above I verify that I have reviewed and accepted the terms and conditions at verizon.com/autopayterms for automatic bill payment

Account Number: 718 574 0618 382 22 3

**Amount Due: $411.81** 011015

Make check payable to Verizon

$ ___.__

00016024 01 AV 0.378 V2200911 0059 XX
MARIE BANKS P61
194 MALCOLM X BLVD APT B3
FL 2
BROOKLYN NY 11221-2115

VERIZON
PO BOX 15124
ALBANY NY 12212-5124

0200718574061838202221118 150440000006440000000004118108



## Adjustments and Credits

| | | |
|---|---|---|
| | Voice | |
| 12/22 | Miscellaneous Adjustment | 64.40 |
| **Total Adjustments** | | **$64.40** |

## Current Activity

**Monthly Charges**

| | | | | |
|---|---|---|---|---|
| 1/10 | 2/9 | Monthly Charge for Dial Tone | | 15.80 |
| 1/10 | 2/9 | Non-Published Service | | 3.25 |
| 1/10 | 2/9 | Caller ID | | 11.50 |
| 1/10 | 2/9 | Verizon Local Calls | | 49.68 |
| | | • Plan Calls | 49.68 | |
| 1/10 | 2/9 | Directory Assistance Calls | | 131.98 |
| | | • In State 47 @ 2.49 | 117.03 | |
| | | • National 5 @ 2.49 | 12.45 | |
| | | • Customer Name and Address 2 @ 1.25 | 2.50 | |
| 1/10 | 2/9 | Pay-Per-Use Services | | 8.25 |
| | | • *69 5 @ .75 | 3.75 | |
| | | • *69 6 @ .75 | 4.50 | |
| **Monthly Charges Subtotal** | | | | **$220.46** |

**Partial Month Charges**

| | | | |
|---|---|---|---|
| 12/20 | 1/9 | Main Service Line (added) | 18.20 |
| 12/20 | | Line Change Charge | 26.05 |
| 12/20 | 12/24 | Monthly Charge for Dial Tone (removed) | -2.11 |
| 12/20 | 1/9 | Non-Published Service (added) | 2.17 |
| 12/20 | 12/24 | Caller ID (removed) | -1.53 |
| 12/20 | | Service Order Charge | 16.00 |
| **Partial Month Charges Subtotal** | | | **$58.78** |

| | |
|---|---|
| **Current Activity Total** | **$279.24** |

## Taxes, Governmental Surcharges and Fees

| | |
|---|---|
| Federal Excise Tax | 7.90 |
| NY State and Local Sales Tax | 25.92 |
| 911 Surcharge | 1.50 |
| **Total Taxes, Governmental Surcharges and Fees** | **$35.32** |

## Verizon Surcharges and Other Charges & Credits

| | |
|---|---|
| Federal Universal Service Fee | 1.65 |
| NY State and Local Tax Surcharges | 16.38 |
| Federal Subscriber Line Charge | 9.82 |
| Late Payment Charge | 5.00 |
| **Total Verizon Surcharges and Other Charges & Credits** | **$32.85** |

| | |
|---|---|
| **Total New Charges** | **$347.41** |

### Legal Notices

**Restatement of Charges**

This chart restates your charges by category. Basic includes local telephone service, related taxes, fees and installation charges. To help you maintain your local service when you can't pay your bill in full, Verizon applies your payment first to Basic. If you don't pay your Basic New Charges each month Verizon could disconnect your local telephone service. If you don't pay Non Basic New Charges, Verizon won't disconnect your local telephone service but these services may be suspended.

| Category | New Charges |
|---|---|
| Basic | 109.08 |
| Non Basic | 238.33 |
| Total | 347.41 |

**Payment by Check**

Paying by check authorizes check processing or use of the check information for a one-time electronic fund transfer from your account. For all payments using bank account information, we may retain the information to send you electronic refunds or enable your future electronic payments to us (to opt out, call 1-888-500-5358).

**Late Payment Charges**

For balances over $5, the charge is the greater of $5 or 1.5%. Balances of $5 or less is 1.5%. To avoid this charge, payments must be received by Feb 4, 2015. FiOS TV and basic service are assessed a charge when they are 60 days past due.

**Correspondence**

Go to verizon.com/contactus or mail to PO Box 33078, St. Petersburg, FL 33733

**Service Providers**

Verizon NY provides regional, local calling and related features, other voice services, and FiOS TV service, unless otherwise indicated. Verizon Long Distance provides long distance calling and other services identified by "VLD" in the applicable billed line item. Verizon Online provides Internet service, HMC service and FiOS TV equipment. FiOS is a registered mark of Verizon Trademark Services LLC.

**Bankruptcy Information**

If you are or were in bankruptcy, this statement may include amounts for pre-bankruptcy service. You should not pay pre-bankruptcy amounts; they are for your information only. Mail bankruptcy-related correspondence to 500 Technology Drive, Suite 550, Weldon Spring, MO 63304.

**Consumer Information**

For important consumer information see the Customer Info Guide in your Verizon White Pages Directory.

**You Can Block Third Party Billing to Your Verizon Bill**

For more information, visit verizon.com/blocking or call us at 1-800-VERIZON.



## Usage Detail

### Verizon Local Calls

| Place Called | Charge per Call | Number of Calls | Period | Amount |
|---|---|---|---|---|
| N.Y. CITY | .09 | 295 | Day | |
| | | 99 | Eve | |
| | | 158 | Night | |
| **Total Verizon Local Calls** | | | | **$49.68** |

With message rate service you pay a set price for each local call you make no matter how long you talk.

Verizon Case # 511 178
complaint to: Darren
1/20/2015



# Need-to-Know Information

**Customer Proprietary Network Information (CPNI) Notice for Residential, Small and Medium Business Customers**

CPNI is information that relates to the type, quantity, destination, technical configuration, location, amount of use, and billing information of your telecommunications or interconnected VoIP services. This information is made available to us solely by virtue of our relationship with you. The protection of your information is important to us. Under federal law, you have a right, and we have a duty, to protect the confidentiality of your CPNI.

We may use and share your CPNI among our affiliates and agents to offer you services that are different from the services you currently purchase from us. Verizon offers a full range of services such as video, wireless, Internet, and long distance. Visit verizon.com for a complete listing of our services and companies.

For residential, small and medium business customers, you may choose not to have your CPNI used for marketing purposes described above by calling us anytime at 1-866-483-9700. When you call, please have your bill and account number available. Your decision about use of your CPNI doesn't affect our provision of services to you nor eliminate all Verizon marketing contacts.

Unless you call us at the number above, Verizon may use your CPNI to market different types of services beginning 30 days after the first time we notify you of the CPNI policy described above. You may elect at any time to add or remove a restriction on the use of your CPNI. Your choice remains valid until you change your election by calling the number above.

**FUSF Surcharge Changes January 1, 2015**

Your Federal Universal Service Fund (FUSF) surcharge may change on January 1, 2015. Authorized and reviewed quarterly by the FCC, the FUSF funds programs to keep local telephone rates affordable for all customers and provides discounts to schools, libraries, rural health care providers, and low-income families.

**Surcharges**

Surcharges include:

- a Federal Subscriber Line and Access Recovery Charge applicable to state-to-state and international services that helps pay for the costs of providing and maintaining the local phone network;
- a Federal Universal Service Charge applicable to state-to-state and international services to recover fees imposed on us by the government to support universal service;
- a Carrier Cost Recovery Charge applicable to long distance customers that helps defray our costs for terminating calls on other networks, fees paid to support government programs such as Telecommunications Relay Service and local number portability, and other Federal Communications Commission-assessed charges;
- a Long Distance Administrative Charge applicable to long distance customers to help defray account servicing costs for state-to-state and international calling;
- a Federal Regulatory Fee applicable to recover the annual per video subscriber fee payment made to the FCC; and,
- a FDV Administrative Charge applicable per FiOS Digital Voice line to help defray account-servicing costs associated with providing voice services.

Please note that the surcharges are charges, not taxes. These charges, and what is included in these charges, are subject to change from time to time. For additional information regarding the charges on your Verizon bill, please visit verizon.com or call the number listed on your bill.

**We Value You**

Thank you for being a loyal Verizon customer! We sincerely appreciate your business and look forward to continually providing you with the very best in entertainment. Call us at 1-888-882-4375 to learn about new ways you can enjoy your services and save with Verizon.

secondes. L'Association pour la protection des programmes (APP) a été créée afin de freiner les copies illicites de logiciels.

Un logiciel vendu possède un numéro de licence associé. Cependant, une entreprise qui décide d'acquérir *m* logiciels pour son parc d'ordinateurs, utilisé par *n* personnes, a recours à une négociation particulière avec le fabricant, de façon à bénéficier d'un prix avantageux pour l'ensemble des *m* licences. Par ailleurs, l'acheteur est en droit d'exiger la documentation du logiciel dans la langue du pays.

> Il est à noter l'existence d'une forme de piratage à des fins commerciales : la copie de logiciels sur le disque dur d'ordinateurs proposés à la vente. Les ordinateurs ainsi illégalement équipés ne possèdent ni licences, ni disquettes originales, ni même documentation. Par ailleurs, certains disques durs peuvent même comporter des virus. Aussi, il incombe à l'acheteur d'être particulièrement vigilant face à cette pratique.

En revanche, la loi sur les droits d'auteur ne s'applique pas aux logiciels inscrits en mémoire morte, qui sont protégés par la propriété industrielle, et relèvent donc du brevet. Ainsi, le programme se trouve protégé. Ce choix a été effectué par Apple, dans la période 1984-1994, avec son Macintosh, ce qui a évité toute réplique.

Pour la protection des logiciels, il existe un arsenal juridique autre que le droit d'auteur. Parmi les droits privatifs qui intéressent les créateurs de logiciels, signalons le droit des brevets, le droit des dessins et modèles, le droit des marques, et la législation sur la protection des topographies de produits semi-conducteurs. Ces droits sont subordonnés à un dépôt auprès de l'institut national de la propriété industrielle (INPI). Enfin, en cas de litige avec un tiers qui s'approprie indûment le travail réalisé sur un logiciel, il est toujours possible de recourir à des actions civiles et pénales.

## La loi relative à la fraude informatique

Cette loi, dite loi Godfrain, est entrée en vigueur le 5 janvier 1988.

Elle a pour objet la lutte contre les personnes qui tenteraient de pénétrer un système informatique (accès ou maintien frauduleux), qu'elles y deviennent * superutilisateur (maître du

système) ou non. Toute intrusion offre la possibilité de consulter, copier, supprimer ou modifier des informations (atteintes aux données d'un système). Elle peut en outre altérer le fonctionnement du système (par exemple ralentissement des applications causé par l'intrus qui occupe le microprocesseur).

Elle protège les systèmes de traitements automatisés de données afin de dissuader les tentatives de visites d'un système informatique. Dans les années 1980, des personnes non autorisées avaient ainsi pénétré le système de l'École polytechnique. En matière de vol, la jurisprudence s'attache à la matérialité d'un fait. Or, en informatique, avec le principe des copies, on peut voler des informations — impalpables par essence — que le propriétaire détient toujours ! C'est ce que l'on appelle non plus un vol physique, mais un vol logique. Les mentalités demeuraient en retard en l'absence de loi adéquate. Aussi les personnes ayant fait intrusion dans le système de l'École polytechnique avaient-elles été inculpées pour vol d'électricité !

Cette loi est désormais intégrée au Nouveau Code pénal (articles 323-1 à 323-7 notamment). Par ailleurs, selon l'article 421-1 de celui-ci, le fait de craquer un système représente un acte de terrorisme.

## ❑ Législation relative au chiffrement et usage de la langue française

La législation relative au chiffrement d'un message envoyé sur les réseaux est complexe. Les algorithmes de chiffrement ont longtemps été assimilés à des armes de guerre de seconde catégorie. Ce faisant, l'exportation de programmes qui utilisent des algorithmes de chiffrement est réglementée. En outre la précédente loi du 29 décembre 1990 ne permettait pas le chiffrement d'un message envoyé sur le réseau par un procédé sophistiqué. Pour rester dans la légalité, il faut transmettre les messages — même hautement confidentiels — en clair. Ainsi pour le citoyen moyen, l'utilisation de la cryptographie peut être vue comme l'interdiction d'utiliser des enveloppes pour la correspondance postale avec la seule possibilité d'emploi de cartes postales. Toutefois, on semble s'orienter vers un système où les clés de chiffrement du message seraient déposées auprès d'organismes agréés, les notaires électroniques ou des

élevé. Le télégraphe fut découvert en 1837 par l'Américain Morse, mais ce n'est qu'en 1850 que le premier réseau mondial de télégraphes vit le jour. En 1899, fut créée AT&T. Le téléphone, dû à l'Américain Bell, date de 1876, et le premier câble téléphonique sous-marin remonte à 1956. L'Écossais Baird mit au point la télévision en 1920, mais la première image télévisée ne fut émise qu'à l'après-guerre. En 1957, le premier satellite artificiel, Spoutnik, fut placé sur orbite.

### Les usages des réseaux

Une prolifération des systèmes de télécommunications s'est opérée. Les utilisations des réseaux sont très variées : réseau téléphonique (téléphone, télécopie, visioconférence), téléinformatique (par exemple le transfert de données), réseaux télévision et radio, usage scientifique, météorologie, télédétection (qui permet d'obtenir des prévisions sur les cultures, les tremblements de terre ou d'étudier la dérive des continents). Pour ce qui est de la téléphonie, les téléphones mobiles se développent avec le standard GSM. Quant à la radiomessagerie, elle permet la réception de messages sur des petits boîtiers portables (pager) qui tiennent dans la poche.

Enfin, l'optronique (électronique et optique), qui sert dans le domaine spatial avec notamment les satellites géostationnaires, se développe. Les satellites permettent de communiquer de n'importe où, mais, bien qu'ils soient sophistiqués, les probabilités de pannes sont réelles et des risques de collision avec des météorites ne sont pas à exclure. En outre, le risque d'encombrement de l'espace n'est pas à négliger : si deux objets sont trop proches l'un de l'autre, ils peuvent occasionner un brouillage, voire entrer en collision.

## ❑ Les techniques des réseaux

### Finalité des réseaux informatiques

Le premier but des réseaux est de partager des ressources communes, ce qui engendre une diminution des coûts. Par exemple, plutôt que d'avoir chaque ordinateur relié à sa propre imprimante, une imprimante peut être partagée par cinq utili-

sateurs dans une salle. La deuxième finalité est de communiquer. Parmi les applications nombreuses et florissantes, signalons le * courrier électronique, qui consiste à échanger des messages avec d'autres utilisateurs par ordinateur, la consultation et l'abonnement à des * forums thématiques (*newsgroups*). Les courriers électroniques peuvent être envoyés à différents supports de réception (par exemple téléphone mobile, pager) et ne sont pas limités aux seuls ordinateurs.

Le troisième objectif est d'échanger des informations à distance, comme le transfert de fichiers (un programme pourra être copié de New York à Toulouse). La caractéristique principale d'un réseau est le débit qui exprime le nombre d'octets transmis par seconde.

**figure 12 : réseau d'ordinateurs**

imprimante
ordinateur

## La transmission de l'information

Les enregistrements classiques (par exemple la voix) sont de type analogique : le signal est continu. Au contraire, les informations transmises en informatique sont des suites binaires de 0 et de 1. Elles sont de type numérique et le signal est qualifié de discret. La numérisation d'un signal consiste à le transformer, après échantillonnage, en une suite binaire. Les réseaux informatiques transmettent donc des signaux numériques.

Le transport de l'information s'effectue soit en série — les bits sont envoyés les uns à la suite des autres — soit en parallèle. Dans ce cas, les bits transitent sur des supports distincts et

**• Les erreurs de saisie**

Le travail répétitif et peu motivant engendre des erreurs de saisie. Aux erreurs volontaires (sabotages), s'ajoutent les erreurs humaines : le caractère « . » confondu avec le caractère « , » entraîna la perte d'une fusée. Cette erreur n'a pas été décelée lors de la compilation. Il s'agissait de l'instruction DO en FORTRAN. Au lieu d'écrire `DO 10 I = 1, 10`, le programmeur avait saisi `DO 10 I=1.10`, ce qui a été interprété en `DO10I = 1.10` par le compilateur. Déceler les erreurs résiduelles dans un programme comportant des milliers de lignes de code revient à chercher des aiguilles dans une botte de foin. Dans le même ordre d'idée, le zéro se confond parfois avec la lettre « O » — par exemple, instruction DO au lieu de la variable D0. Néanmoins, la double saisie, les EDI et la reconnaissance de caractères avec les scanners constituent des solutions. On pourrait mentionner le logiciel Omnipage qui, couplé à un scanner, permet de reconnaître un texte dactylographié, lequel peut ainsi être enregistré dans un fichier.

## La malveillance et les solutions

Si l'on excepte les risques purement matériels, le facteur humain occupe une place prépondérante dans la sécurisation des sites et des systèmes informatiques. On appelle malveillance tout acte nuisible volontaire provoqué par l'être humain. Cet acte peut être ludique, avide, terroriste ou stratégique. Des statistiques montrent que 66 % des délits sont commis par des employés de l'entreprise et que 47 % de ces délits sont commis par des informaticiens. Ainsi, en moyenne, un informaticien sur trois est un loup dans la bergerie.

### Vols et sabotages

Les vols concernent essentiellement le petit matériel (disquettes, souris, portables) et divers biens comme les documentations. Le marquage des équipements peut constituer une solution dissuasive pour le matériel et contribuer à la politique de qualité du système, mais il est illusoire de vouloir marquer l'intégralité des biens de l'entreprise.

aussi ceux qui deviennent actifs lorsqu'une condition particulière est vérifiée (disque dur rempli à plus de 80 %, action effectuée par l'utilisateur...) et les virus-macro. Ces derniers (par exemple concept, CAP, Npad), développés à l'aide des macros proposées par les progiciels, sont multi-plates-formes, ce qui facilite leur prolifération. L'ensemble des virus, régulièrement mis à jour, est recensé sur Minitel (3614, code : Infovirus)..

Pour remédier aux virus, il convient de veiller aux échanges avec l'extérieur, de tester les disquettes extérieures sur un poste isolé prévu à cet effet, et d'acheter des programmes du commerce pour lesquels on bénéficie du support technique et de réductions sur les éventuelles mises à jour.

Alors que les virus sont autoreproducteurs, les *vers* concernent quant à eux les réseaux. Ils circulent via le réseau en utilisant les ressources de celui-ci (par exemple la messagerie). On peut citer le fameux ver qui, en novembre 1988, affecta le réseau Internet, et le ver Christmas tree sur Bitnet en 1987 qui affichait un arbre de Noël, ce qui paralysa l'ensemble des utilisateurs.

Une *bombe logique* est une partie de code, rajoutée dans un programme, qui peut se déclencher sous certaines conditions et qui occasionne de sérieux dégâts. Ainsi, si un employé est licencié, ce qui se traduit par la disparition de son nom dans le fichier du personnel, une bombe logique peut consister à effacer l'ensemble des données contenues dans les fichiers de l'entreprise.

Enfin, un *cheval de Troie* est un programme parasite dissimulé dans un logiciel dont l'activation permet de pénétrer par effraction un système.

- **Indiscrétions, détournements d'informations**

Dans notre société, la valeur ajoutée devient de plus en plus immatérielle. En conséquence, les informations traitées sont considérées comme faisant partie de l'actif de l'entreprise. Si des informations sont volées, des pertes financières en découlent. Les informations sont dites sensibles (savoir-faire, propositions commerciales de l'entreprise), vitales, nominatives, coûteuses ou bien encore stratégiques. Elles peuvent aussi être une combinaison de ces critères.

Pour assurer un accès contrôlé aux données et respecter les ncurrences d'accès et les privilèges de certains utilisateurs, le cours au mot de passe est utile. Mais des problèmes humains découlent : la mémorisation est difficile, et souvent les mots passe se révèlent aisés à déceler. En effet, beaucoup choisisnt Toto, le nom de leur chien, leurs initiales et, plus grave core, l'inscrivent sur un calepin déposé à proximité de leur dinateur. Pour être véritablement efficaces, il est souhaitable ie les mots de passe soient changés assez souvent, qu'ils ient alphanumériques (combinaison de lettres et de iffres), afin de se prémunir contre les attaques dites par ctionnaire, et que des moyens mnémotechniques soient tilisés. D'autres failles demeurent : par exemple si l'employé isse son ordinateur allumé (pour se rendre en réunion ou oire un café) ou démissionne de l'entreprise sans transmettre n mot de passe — surtout s'il est le superutilisateur du stème. Par ailleurs, des fichiers peuvent être détournés (les ients d'une entreprise, les fichiers médicaux qui comportent es informations sensibles, les fiches de paie).

*Des fichiers effacés et comportant des informations ensibles peuvent parfois être récupérés avec des programmes tilitaires, la commande `undelete` sous MS-DOS. Aussi, lors du etrait de service d'un disque dur, il est parfois préférable de le étruire.

Quant aux intrusions, elles sont souvent résolues par des ontrôles d'accès assez draconiens ou par des moyens d'auhentification biométrique, moyens que l'on peut combiner si s enjeux le justifient. Parmi ces nouvelles techniques qui se éveloppent, notons la dynamique de la signature, les mpreintes digitales, l'examen vasculaire de l'œil, la reconnaisance de la frappe au clavier (chaque utilisateur possède un tyle particulier), la reconnaissance vocale. Des progrès restent outefois à faire dans ce domaine. Néanmoins, les entreprises ptent surtout pour les cartes à puce personnelles. On peut insi identifier et authentifier une personne par :

- ce qu'elle EST : moyens biométriques ;
- ce qu'elle SAIT : mot de passe, code secret ;
- ce qu'elle DÉTIENT : badge, carte magnétique.

Les réseaux permettent d'accéder à des informations éloignées sur d'autres sites. Mais il faut préserver la confidentialité

Case 1:15-cv-00461-RJD-VMS Document 1 Filed 01/26/15 Page 24 of 24 PageID #: 24

des données de ses ordinateurs. Aussi le choix d'un dispositif appelé garde-barrière permet-il de filtrer les accès extérieurs à son propre réseau.

**• Détournements de logiciels**

Les pertes annuelles, qui se chiffrent en milliards de dollars, ne touchent pas tous les éditeurs de logiciels. En effet, des logiciels comme Copywrite (déjà condamné pour avoir indiqué comment * déplomber DBase III dans son manuel) ou PC-tools, qui permet d'éditer des secteurs et de modifier certains octets d'un programme, sont des précieux outils pour les « * bidouilleurs ». Il existe une multitude de logiciels de copie qui sont disponibles pour n'importe quel micro-ordinateur (Amiga, Apple, Atari, PC). Le piratage est un sport national dans certains pays (Hong-Kong, Taïwan). Cependant, des protections apparaissent : des formatages différents sur une même disquette, verrou matériel (dongle), grenouille, trou fait au laser, et des protections juridiques qui demeurent longues (procès interminables) et coûteuses. Par ailleurs, beaucoup d'organismes (INPI, APP) et la loi du 3 juillet 1985, en partie dissuasive, permettent de lutter contre le piratage. À cela s'ajoute la peur des virus qui incite bon nombre d'utilisateurs à acheter des programmes plutôt qu'à les pirater.

**• Autres malveillances**

Les réseaux mondiaux de carte de paiement (Visa et Mastercard) présentent des vulnérabilités, notamment lors des virements interbancaires. Parmi les attaques possibles, des centimes peuvent être prélevés lors de chaque transaction. Des formules de calcul dans les programmes, notamment dans les secteurs financiers, peuvent être modifiées. Il existe des méthodes connues qui portent des noms évocateurs : le « salami » ou encore le « saucisson ». Cette technique consiste à arrondir par défaut des sommes d'argent (par exemple 115,10 F au lieu de 115,12 F) et à transférer les centimes ainsi récupérés sur des comptes prévus à cet effet. Les comptes, prélevés à raison de petites tranches, finissent par constituer un beau « saucisson ». On estime que 60 000 personnes en France ont la compétence pour frauder sur les bandes magnétiques de virements. Il suffit d'une heure pour trafiquer une